IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                        Plaintiff,

      v.

JACOB STADFELD,

                        Defendant.

ORDER

08-cr-138-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Jacob Stadfeld has filed objections to the magistrate judge's report and recommendation on defendant's motion to suppress statements. Dkt. #187. He asks for a de novo determination of those portions of the report to which he objects. After reviewing the objections and the magistrate judge's report, I conclude that defendant has failed to show that the magistrate judge's findings of fact, conclusions of law or recommendations are erroneous or that a de novo determination of facts is necessary.

      Defendant bases his objections on alleged errors he identified in the magistrate judge's first report and recommendation, dkt. #139. In adopting that report and its recommendations, I reviewed the transcript of the evidentiary hearing and found no errors in the magistrate judge's findings of fact. Nothing in defendant's objections to the

1

recommended denial of his motion to suppress persuades me that those findings were either erroneous or incomplete or that it would be error to rely on them in deciding defendant's motion to suppress.

ORDER

IT IS ORDERED that the magistrate judge's August 13, 2010 recommendation is ADOPTED and defendant Jacob Stadfeld's motion to suppress his statements is DENIED.

Entered this 25th day of August, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2