IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                  Plaintiff,

       v.

JACOB STADFELD,

                  Defendant.

ORDER

08-cr-138-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Jacob Stadfeld's request to interview a member of his jury to explore the possibility that the jury discussed defendant's alleged involvement in the disappearance of Amos Mortier is DENIED, for several reasons.  First, defendant does not explain why a juror's apology to the members of defendant's family suggests that she (and other jurors) would have known of defendant's suspected involvement in the disappearance of Amos Mortier.  It is more logical to assume that it shows the opposite, that she did <u>not</u> know of that part of the story.  Second, defendant's inquiry seems intended to be an inquiry into the validity of the verdict.  If so, it is off limits.  Third, if defendant is saying he wants to question the jurors about whether extraneous prejudicial information was brought to their attention, such an inquiry might be admissible but it is unnecessary.  Fed. R. Evid. 606(b).  The jurors were examined on this subject in open court during voir dire and again on the second morning of trial and all denied any knowledge of newspaper articles about

1

defendant's alleged involvement in the disappearance of Amos Mortier.

Entered this 24th day of September, 2010.

BY THE COURT:

/s/
BARBARA B. CRABB
District Judge