IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | MEMORANDUM |
| Plaintiff, | |
| | 08-cr-138-bbc |
| v. | |
| JACOB STADFELD, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    At defendant's sentencing hearing held on February 10, 2011, he requested that he be housed as close as possible to Madison, Wisconsin. Although a court may make a recommendation as to placement, the Bureau of Prisons retains the discretion to decide where specific prisoners should be housed. The Bureau considers many factors in making placement decisions. It is my experience that it gives serious consideration to each prisoner's age, gender, medical needs, the nature of the offense of conviction, criminal background (or lack of it), the need to separate certain offenders from one another and location of family when it decides prisoner assignments. By copy of this memorandum, I will recommend to

1

the Bureau of Prisons to house defendant as close as possible to Madison, Wisconsin.

Entered this 14th day of February, 2011.

                                BY THE COURT:
                                /s/
                                BARBARA B. CRABB
                                District Judge